UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-21823-GOODMAN

SUSANA BANDERAS,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, AND
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.
_____/

**DECLARATION OF DEFENDANTS' COUNSEL
CORY W. EICHHORN IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Pursuant to the Court's Order to Show Cause [ECF No. 30] and 28 U.S.C. § 1746, Defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively the "Defendants"), by and through their undersigned counsel, hereby submit this declaration and state as follows:

    1.    My name is Cory W. Eichhorn, I am over the age of 18, and am competent to make this Declaration.

    2.    I am the counsel of record for Defendants in this matter.

    3.    I make this Declaration based upon my personal knowledge of the facts stated herein.

    4.    On December 20, 2018, Plaintiff filed a Notice of Settlement to alert the Court that the parties had agreed to resolve the matter [ECF No. 28].

5. On December 21, 2018, the Court entered an Order directing the parties to file certain dismissal papers on or before January 4, 2019. (the "December 21, 2018 Order") [ECF No. 29].

6. Counsel for Defendants transmitted a draft settlement agreement to Counsel for Plaintiff, memorializing the terms of their agreement, during the week of December 31, 2018.

7. Counsel for Defendants was under the impression that Plaintiff's counsel would proceed to file the appropriate dismissal papers forthwith and before the Court's deadline of January 4, 2019.

8. Upon learning that the dismissal papers were not filed, Counsel for Defendants acted expeditiously by filing the Joint Stipulation of Dismissal and Proposed Order of Dismissal on January 7, 2019, one business day after the deadline to file the dismissal papers pursuant to the Court's Order of Dismissal.

9. Based on the foregoing, Defendants have established excusable neglect to extend the time period for the filing of the dismissal papers.  Moreover, no party will be prejudiced by this short extension.

Dated: January 7, 2019

By: */s/ Cory W. Eichhorn*
Florida Bar No. 576761
cory.eichhorn@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for Defendants*